## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEVEN DENENBERG, M.D.,** | |
| **Plaintiff,** | **8:15CV190** |
| **vs.** | |
| **SOUTH COAST SPECIALTY SURGERY CENTER, INC., and ALI SAJJADIAN, M.D.,** | **ORDER OF DISMISSAL** |
| **Defendants.** | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 8). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved, and the above-captioned action should be dismissed with prejudice. The Court will not assess costs and attorney's fees. Accordingly,

IT IS ORDERED:

1.  Plaintiff's Motion to Dismiss (Filing No. 8) is approved;

2.  The above-captioned action is dismissed with prejudice; and

3.  The Court will not assess costs and attorney's fees.


Dated this 18th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge